IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-097-RLV-DCK

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; EVERGREEN COPYRIGHT ACQUISITIONS/AUDIGRAM, LLC; EMI VIRGIN SONGS, INC.; ONLY HIT MUSIC; BRO 'N' SIS MUSIC, INC.; ESTES PARK MUSIC; CHOICE IS TRAGIC MUSIC; SONY/ATV SONGS LLC; RJR PUBLISHING LLC; and JO RAY DEAN MUSIC, INC., <br><br>      Plaintiffs, <br><br>  v. <br><br>CPSB2, LLC; DARIN MICHAEL MABRY; and DANIEL RAY BAUCOM, <br><br>      Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The undersigned entered a "Pretrial Order And Case Management Plan" (Document No. 25) on November 25, 2013. Since that date, there has been little, if any, activity in this case. For example, the motions deadline has passed without any motions being filed; and the mediation deadline has passed without the required filing of a report on the results of mediation.

**IT IS, THEREFORE, ORDERED** that the parties file a "Status Report" or a "Stipulation of Dismissal" on or before **June 16, 2014**.

**SO ORDERED**.

Signed: June 5, 2014

David C. Keesler
United States Magistrate Judge